| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Chicagoan Logistic Company

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-1736350

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3612 N. Sacramento Ave<br>Chicago, IL 60618<br>Number, Street, City, State & ZIP Code | 3701 Algonquin<br>Rolling Meadows, IL 60008<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | **Location of principal assets, if different from principal place of business**<br>Yard (Arlington McCook Corp.)<br>5125 S. Lawndale Ave. Summit Argo, IL 60501<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Chicagoan Logistic Company**     Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **4841**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Chicagoan Logistic Company**      Case number (*if known*) _____
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **NAHaul, Inc.** | Relationship | **Affiliate** |
| District | **NDIL** | When **6/05/21** | Case number, if known **21-07152** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Chicagoan Logistic Company**  _____   Case number (*if known*) _____
　　　　Name

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Chicagoan Logistic Company**　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  5, 2021**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Serkan Kaputluoglu**　　　　　　　　　　　**Serkan Kaputluoglu**
Signature of authorized representative of debtor　　Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Laxmi P. Sarathy**　　　　　　　　　　Date **June  5, 2021**
Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**Laxmi P. Sarathy**
Printed name

**Laxmi P. Sarathy**
Firm name

**PO Box 60741**
**Chicago, IL 60660**
Number, Street, City, State & ZIP Code

Contact phone **312-674-7965**　　Email address **lsarathylaw@gmail.com**

**6297529 IL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Chicagoan Logistic Company**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6th Avenue, ATX MCA Fund I, LLC The Magnozzi Law Firm, P.C., 23 Green Street, Suite 302 Huntington, NY 11743 | | | Contingent Unliquidated Disputed | | | $170,000.00 |
| ATX MCA FUND I, LLC 805 Las Camas Parkway Suite 350 Austin, TX 78746 | | 90 days or less: Accounts Receivable | Contingent Unliquidated Disputed | $169,340.06 | $791,000.00 | $169,340.06 |
| AVT-Illinois, L.P. 6995 Union Park, Suite 400 Cottonwood Heights, UT 84047 | | | Contingent Unliquidated Disputed | | | $449,743.71 |
| Change Funding Group aka Funderslin 116 Nassau Street, Suite 804, New York, NY 10038 | | | Contingent Unliquidated Disputed | | | $135,000.00 |
| Libertas Funding LLC c/o Steven Zakharyayev 10 W 37th Street, Rm 602 New York, NY 10018 | | | Contingent Unliquidated Disputed | | | $425,000.00 |
| National Credit Partners 1551 N. Tustin Ave, Suite 190 Santa Ana, CA 92705 | | | Contingent Unliquidated Disputed | | | $113,000.00 |

Debtor **Chicagoan Logistic Company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Partners Funding, Inc.**<br>**923 N State Street**<br>**Suite 120**<br>**Fairmont, MN**<br>**56031-3899** | | **90 days or less: Accounts Receivable** | | $791,442.19 | $791,000.00 | $442.19 |
| **Velocity Group USA**<br>**1970 Oakcrest Ave**<br>**Suite 217**<br>**Roseville, MN 55113** | | | **Contingent Unliquidated Disputed** | | | $150,000.00 |
| **Wojciech Juskowiak**<br>**390 S Western Ave, 402**<br>**Des Plaines, IL 60016** | | | **Contingent Unliquidated Disputed** | | | $5,000.00 |
| **World Global Capital, LLC D/B/A Fun**<br>**Attorney: Vadim Serebro, Esq.**<br>**55 Broadway, 3rd Floor**<br>**New York, NY 10006** | | | **Contingent Unliquidated Disputed** | | | $237,000.00 |

6th Avenue, ATX MCA Fund I, LLC
The Magnozzi Law Firm, P.C.,
23 Green Street, Suite 302
Huntington, NY 11743


ACH Alex Inc.
2376 S. Goebbert Rd. Arlington Heig
Arlington Heights, IL 60005


AJT Services Company
4924 W Deming Pl
Chicago, IL 60639


American Express Bank Address
American Express Bank, FSB
P.O. Box 30384
Salt Lake City, UT 84130-0384


ATX MCA FUND I, LLC
805 Las Camas Parkway
Suite 350
Austin, TX 78746


AVT-Illinois, L.P.
6995 Union Park,
Suite 400
Cottonwood Heights, UT 84047


BB&T
TCF National Bank PO Box 77077
Minneapolis, MN 55480


BMO Harris Bank, N.A.
300 E. John Carpenter Freeway
Irving, TX 75062-2712


Change Funding Group aka Funderslin
116 Nassau Street, Suite 804,
New York, NY 10038


Comcast
PO Box 4928
Hinsdale, IL 60522

```
Illinois Department of Revenue
Dept. of Acc. Revenue R.235 Howlett
Springfield, IL 62794-9035


Illinois Department of Revenue
Bankruptcy Unit
Springfield, IL 62794-9035


Libertas Funding LLC
c/o Steven Zakharyayev
10 W 37th Street, Rm 602
New York, NY 10018


Lotner Inc.
5355 N. Delphia Ave. Apt 256
Chicago, IL 60656


Mercedes-Benz Fin. Services
P.O Box 5209
Carol Stream, IL 60197


NAHaul, Inc.
1900 Polaris Pkwy Ste 428
Columbus, OH 43240-4035


National Credit Partners
1551 N. Tustin Ave, Suite 190
Santa Ana, CA 92705


Office (Crossroads)
3701 W. Algonquin Road, 7th Floor
Rolling Meadows, IL 60008


Paccar Leasing Co.
777 106th Ave
Bellevue, WA 98004


Partners Funding, Inc.
923 N State Street
Suite 120
Fairmont, MN 56031-3899


Quality Leasing Co., Inc.
9830 Bauer Drive,
Indianapolis, IN 46280
```

```
SBA Payroll Protection Program
c/o Dinsmore & Shohl, LLP
222 W Adams St, Suite 3400
Chicago, IL 60606


Serkan Kaputluoglu
4924 W Deming Pl # 1
Chicago, IL 60639


SLIM Capital, LLC
9301 Wilshire Blvd., Suite 610
Beverly Hills, CA 90210


Small Business Administration
409 Third Street SW
Washington, DC 20024


Southern Tire Mart at Pilot LLC
104 West Trefz Dr. I-70 Exit 147
Marshall, IL 62441


Southern Tire Mart at Pilot LLC
800 HWY 98
Columbia, MS 39429


TVC
3200 W. Wilshire Blvd.
Oklahoma City, OK 73116


US Small Business Administration
557 W. Madison St,
Chicago, IL 60661


Velocity Group USA
1970 Oakcrest Ave Suite 217
Roseville, MN 55113


Verizon
Bankruptcy Group
PO Box 3397
Bloomington, IL 61702


Volvo Financial Services
7025 Albert Pick Road, Suite 105
Greensboro, NC 27409
```

```
Wojciech Juskowiak
390 S Western Ave, 402
Des Plaines, IL 60016


World Global Capital, LLC D/B/A Fun
Attorney:  Vadim Serebro, Esq.
55 Broadway, 3rd Floor
New York, NY 10006
```

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Chicagoan Logistic Company**                                                      Case No.
                                    Debtor(s)                                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Chicagoan Logistic Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


| | |
|---|---|
| **June  5, 2021** | **/s/ Laxmi P. Sarathy** |
| Date | **Laxmi P. Sarathy** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Chicagoan Logistic Company** |
| | **Laxmi P. Sarathy** |
| | **PO Box 60741** |
| | **Chicago, IL 60660** |
| | **312-674-7965 Fax:312-873-4774** |
| | **lsarathylaw@gmail.com** |