**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

In re: Chicagoan Logistic Company § Case No. 21-07154
Debtor(s) §
§
§
§
Debtor(s)

**CHAPTER 11 SUBCHAPTER V**
**TRUSTEE'S FINAL REPORT AND ACCOUNT**

Matthew Brash, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

    1) The case was filed on 06/05/21.

    2) The trustee was appointed on 06/08/21.

    3) The plan was confirmed on 07/14/22 and was not consensual.

    4) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1193(b) on NA.

    5) The trustee filed action to remedy default by the reorganized debtor in performance under the plan on NA.

    6) The case was dismissed on 03/16/23.

    7) Number of months from filing or conversion to last payment: 29.

    8) Number of months case was pending: 31.

    9) Total value of assets abandoned by court order: NA.

    10) Total value of assets exempted: NA.

    11) Amount of unsecured claims discharged without full payment NA.

    12) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

UST Form 101-11(V)-FR (02/19/2020)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 5,589.00 |
| Less amount refunded to debtor | $ | 0.00 |
| **NET RECEIPTS:** | $ | 5,589.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Debtor Professional Fees | $ | 0.00 |
| Trustee Professional Fees | $ | 0.00 |
| Court Costs | $ | 0.00 |
| Trustee Expenses & Compensation | $ | 341.50 |
| Other | $ | 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $ 341.50

**Creditors:**

| Creditor Name | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BMO Harris Bank N.A. | S | $0.00 | $89,325.87 | $89,325.87 | $0.00 | |
| BMO Harris Bank N.A. | S | $350,140.26 | $188,725.00 | $188,725.00 | $0.00 | |
| ATX MCA FUND I, LLC | S | $169,340.06 | $25,168.00 | $25,168.00 | $504.08 | |
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | S | NA | $650.00 | $650.00 | $0.00 | |

UST Form 101-11(V)-FR (02/19/2020)

| | | | | | |
|---|---|---|---|---|---|
| The Huntington National Bank | S | NA | $185,000.00 | $185,000.00 | $0.00 |
| U.S. Small Business Administration | S | $0.00 | $155,455.48 | $155,455.48 | $906.84 |
| Mercedes-Benz Financial Services USA | S | $0.00 | $21,680.44 | $21,680.44 | $0.00 |
| BB&T | S | $0.00 | $0.00 | $0.00 | $0.00 |
| Partners Funding, Inc. | S | $0.00 | $0.00 | $0.00 | $0.00 |
| Small Business Administration | S | $0.00 | $0.00 | $0.00 | $0.00 |
| The Huntington National Bank | S | $329,225.00 | $329,225.00 | $329,225.00 | $0.00 |
| US Small Business Administration | S | $0.00 | $0.00 | $0.00 | $0.00 |
| Volvo Financial Services | S | $326,000.00 | $326,000.00 | $326,000.00 | $0.00 |
| Volvo Financial Services | S | $170,000.00 | $170,000.00 | $170,000.00 | $0.00 |
| Internal Revenue Service | P | NA | $1,767.40 | $1,767.40 | $0.00 |
| Illinois Department of Revenue | P | NA | $887.94 | $887.94 | $0.00 |
| ATX MCA FUND I, LLC | U | $338,680.12 | $142,622.06 | $142,622.06 | $327.88 |
| National Credit Partners | U | $113,000.00 | $117,085.55 | $117,085.55 | $341.50 |
| American Express National Bank | U | $0.00 | $14,008.62 | $14,008.62 | $81.72 |
| Fundation Group LLC | U | NA | $56,206.45 | $56,206.45 | $327.88 |
| QL Titling Trust LTD/Quality Leasing Co., Inc. | U | NA | $12,017.40 | $12,017.40 | $0.00 |
| QL Titling Trust LTD/Quality Leasing Co., Inc. | U | NA | $54,207.29 | $54,207.29 | $0.00 |

UST Form 101-11(V)-FR (02/19/2020)

| | | | | | |
|---|---|---|---|---|---|
| QL Titling Trust LTD/Quality Leasing Co., Inc. | U | NA | $39,047.60 | $39,047.60 | $0.00 |
| QL Titling Trust LTD/Quality Leasing Co., Inc. | U | NA | $6,242.20 | $6,242.20 | $0.00 |
| QL Titling Trust LTD/Quality Leasing Co., Inc. | U | NA | $6,549.47 | $6,549.47 | $0.00 |
| Internal Revenue Service | U | NA | $1,530.17 | $1,530.17 | $8.92 |
| Fifth Third Bank, National Association. | U | $0.00 | $123,113.05 | $123,113.05 | $0.00 |
| QL Titling Trust LTD/Quality Leasing Co., Inc. | U | NA | $22,120.27 | $22,120.27 | $0.00 |
| JPMorgan Chase Bank, N.A. | U | NA | $34,581.82 | $34,581.82 | $201.72 |
| QL Titling Trust LTD/Quality Leasing Co., Inc. | U | NA | $6,242.40 | $6,242.40 | $0.00 |
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance | U | NA | $64,304.50 | $64,304.50 | $375.10 |
| Cellco Partnership d/b/a Verizon Wireless | U | $0.00 | $1,537.76 | $1,537.76 | $0.00 |
| The Huntington National Bank | U | NA | $56,163.37 | $56,163.37 | $327.62 |
| IPFS Corporation | U | NA | $6,226.77 | $6,226.77 | $36.32 |
| VOLVO FINANCIAL SERVICES, a division of VFS US | U | $326,000.00 | $210,330.57 | $210,330.57 | $1,226.92 |
| AIG Property Casualty, Inc. | U | NA | $42,226.00 | $42,226.00 | $246.32 |

| | | | | | |
|---|---|---|---|---|---|
| Illinois Department of Revenue | U | $0.00 | $88.20 | $88.20 | $0.52 |
| 3701 Algonquin Road LLC | U | NA | $57,286.00 | $57,286.00 | $334.16 |
| 6th Avenue, ATX MCA Fund 1, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| AAA Equipment LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| ACH Alex Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| AVT-Illinois, L.P. | U | $449,743.71 | $449,743.71 | $449,743.71 | $0.00 |
| Funding Group aka Funderslin | U | $135,000.00 | $135,000.00 | $135,000.00 | $0.00 |
| Comcast | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Libertas Funding LLC c/o Steven Zakharyayev | U | $425,000.00 | $425,000.00 | $425,000.00 | $0.00 |
| Mercedes-Benz Fin. Services | U | $0.00 | $0.00 | $0.00 | $0.00 |
| North Mill Credit Trust | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Office (Crossroads) | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Paccar Leasing Co. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Quality Leasing Co., Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Quality Leasing Co., Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Quality Leasing Co., Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Quality Leasing Co., Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Quality Leasing Co., Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Random Transit, Inc., TR&P Terminal | U | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| SBA Payroll Protection Program c/o Dinsmore & Shohl, LLP | U | $0.00 | $0.00 | $0.00 | $0.00 |
| SLIM Capital, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| SLIM Capital, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Southern Tire Mart at Pilot LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Southern Tire Mart at Pilot LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| TVC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Transport Enterprise Leasing, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Transport Enterprise Leasing, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Transport Enterprise Leasing, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Transport Enterprise Leasing, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Transport Enterprise Leasing, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Transport Enterprise Leasing, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Velocity Group USA | U | $150,000.00 | $0.00 | $0.00 | $0.00 |
| Velocity Group USA | U | $150,000.00 | $150,000.00 | $150,000.00 | $0.00 |
| Verizon | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Volvo Financial Services | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Volvo Financial Services | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Wojciech Juskowiak | U | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 |

| Wojeiech Juskowiak | U | $5,000.00 | $0.00 | $0.00 | $0.00 |
| World Global Capital, LLC | U | $237,000.00 | $0.00 | $0.00 | $0.00 |
| World Global Capital, LLC D/B/A Fun | U | $237,000.00 | $237,000.00 | $237,000.00 | $0.00 |

**UST Form 101-11(V)-FR (02/19/2020)**

**Summary of Disbursements to Creditors:**

|  | Claims Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **SECURED PAYMENTS:** | $1,491,229.79 | $1,410.92 | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | |
| Domestic Support Ongoing | $0.00 | $0.00 | |
| All Other Priority | $2,655.34 | $0.00 | |
| **TOTAL PRIORITY:** | $2,655.34 | $0.00 | |
| **GENERAL UNSECURED PAYMENTS:** | $2,475,481.23 | $3,836.58 | |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 341.50 |
| Disbursements to Creditors | $ 5,247.50 |
| **TOTAL DISBURSEMENTS:** | $ 5,589.00 |

13) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 12/06/2023         By: /s/ Matthew Brash
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(V)-FR (02/19/2020)